# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00008-CV

### In re Edward Roy Newsome

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Edward Roy Newsome, an inmate in the Texas Department of Criminal Justice, has filed a document entitled *Petition to File Writ of Mandamus*. Newsome names "Dr. Uy et. al" as the Respondent in the style of the case. Dr. Uy appears to be a medical employee of the Bill Clements Unit of the Texas Department of Criminal Justice.

This Court does not have mandamus jurisdiction over the Texas Department of Criminal Justice or personnel thereof. By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (West 2004). Dr. Uy is not a party against whom we may issue a writ of mandamus. Nor has Newsome demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. Thus, we have no jurisdiction to grant Newsome the relief he apparently seeks.

Accordingly, we dismiss Newsome's petition for want of jurisdiction.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Filed:   January 18, 2013